# UNITED STATES DISTRICT COURT
for the

District of Minnesota

United States of America
v.
Christopher Lamont Vaughn

Case No:   08-cr-344(2) (MJD/JJG)

USM No:   14252-041

Date of Original Judgment:   10/08/2009

Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Katherine Menendez
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   120 months   months **is reduced to**   86 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 31              Amended Total Offense Level: 27
Criminal History Category: V            Criminal History Category: V
Previous Guideline Range: 168-210 months   Amended Guideline Range: 120-150 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentenced is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS

Except as otherwise provided, all provisions of the judgment dated   10/08/2009   shall remain in effect.

**IT IS SO ORDERED.**
Order Date:   April 9, 2012

*Judge's signature*

Effective Date:   _____   Michael J. Davis, Chief Judge, D. Minn.
*(if different from order date)*   *Printed name and title*